IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1657-AP**

IN RE:

**AST SPORTS SCIENCE, INC.,**

    Debtor.

**SCOTT BLUMBERG**,

    Plaintiff,

v.

**AST SPORTS SCIENCE, INC.,**

    Defendant

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiff's Motion to Withdraw the Reference and Transfer Case to U.S. District Court (doc. #1), filed August 21, 2006, is GRANTED. The Motion to File Sur-Reply (doc. #9), is DENIED AS MOOT.

Dated: September 5, 2006