IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1657-AP**

IN RE:

**AST SPORTS SCIENCE, INC.,**

      Debtor.

**SCOTT BLUMBERG**,

      Plaintiff,

v.

**AST SPORTS SCIENCE, INC.,**

      Defendant

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    This matter is set for a Status Conference and Oral Argument on the Motion to Dismiss Complaint on October 11, 2006 at 10:00 a.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  September 29, 2006